BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 117021
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Young Ae Kim, individually and on behalf of all others similarly situated, | Docket No: 2:20-cv-01107-ENV-AKT |
| Plaintiff, | |
| -against- | |
| Nationwide Credit, Inc., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: October 12, 2020

|   |   |
|---|---|
|   | BARSHAY SANDERS, PLLC |
| SO ORDERED | By:  /s *Craig B. Sanders* |
| Brooklyn, New York | Craig B. Sanders |
| Dated: 10/14/2020 | 100 Garden City Plaza, Suite 500 |
|   | Garden City, New York 11530 |
| */s/ Eric N. Vitaliano* | Tel. (516) 203-7600 |
|   | Email: **ConsumerRights@BarshaySanders.com** |
| Eric N. Vitaliano | Our File No: 117021 |
| United States District Court | *Attorneys for Plaintiff* |